McGREGOR W. SCOTT
United States Attorney
ADA E. BOSQUE
Department of Justice
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone (202) 514-0179

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERMINDER BHATIA,<br><br>    Plaintiff,<br><br>   v.<br><br>MICHAEL CHERTOFF, SECRETARY<br> DEPARTMENT OF HOMELAND<br> SECURITY, et al.,<br><br>    Defendants. | CV F-07-1248 OWW SMS<br><br>STIPULATED MOTION<br>FOR AN EXTENSION OF TIME TO<br>RESPOND TO THE COMPLAINT |

  Defendants, by undersigned counsel, respectfully move, for an additional sixty (60) days to file the defendants' response to plaintiff's complaint, to and including December 28, 2007.

  In his complaint, plaintiff alleges defendants have failed to timely process his application for naturalization.  Defendant, the Citizenship and Immigration Service, has requested that defendant, the Federal Bureau of Investigations, conduct an expedited name check.  Since an expedited name check may obviate the need for further proceedings, defendants respectfully request an extension of the time in which to file their response to the complaint. Defendants further request the deadline for filing a joint status report be stayed until defendants' file their response to the

complaint.  This is defendants' first request for an extension in this case.  Plaintiff's counsel consents to this motion.

Dated: October 10, 2007        Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

                                   /s/ Ada E. Bosque
                                  ADA E. BOSQUE
                                  Department of Justice

## O R D E R

Pursuant to defendants' request for an extension of the time in which to respond to plaintiff's complaint in *Bhatia v. Chertoff*, 07-cv-1248-OWW-SMS, and for the reasons stated therein, IT IS HEREBY ORDERED that defendants' deadline to file a response to the complaint is extended until December 28, 2007.  It is further ORDERED that the deadline for filing of a joint status report is postponed, pending defendants' response to the complaint.  A new scheduling conference shall be assigned by the courtroom deputy upon defendant's notice they have responded to the complaint.

IT IS SO ORDERED.

**Dated:   December 1, 2007**                **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE