McGREGOR W. SCOTT
United States Attorney
ADA E. BOSQUE
Department of Justice
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone (202) 514-0179

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERMINDER BHATIA, ) <br>            Plaintiff, ) <br> ) <br>      v.           ) <br> ) <br> MICHAEL CHERTOFF, SECRETARY ) <br>   DEPARTMENT OF HOMELAND   ) <br>   SECURITY, et al.,       ) <br>            Defendants. ) <br> _____) | CV F-07-1248 OWW SMS <br><br> JOINT STIPULATION AND <br> ORDER |

This is an immigration case in which plaintiff alleges that defendants have delayed in the adjudication of plaintiff's Application for Naturalization, and seeks a *de novo* determination of that Application pursuant to 8 U.S.C. § 1447(b). The matter is now ripe for administrative adjudication. Accordingly, the parties stipulate that the case be remanded with instructions to the United States Citizenship and Immigration Services to adjudicate the application within 60 days from the date of the order of remand.

                              Respectfully submitted,

                              /s/ Ada E. Bosque
Dated: December 6, 2007     Ada E. Bosque
                              Special Assistant
                              United States Attorney


                              /s/ James M. Makasian
                              James M. Makasian
                              Counsel for Plaintiff

**ORDER**

For the reasons set forth in the Joint Stipulation, the case is remanded to United States Citizenship and Immigration Services pursuant to 8 U.S.C. § 1447(b) with instructions to adjudicate the Application for Naturalization within 60 days from the date of the order of remand.

IT IS SO ORDERED.

**Dated:   December 6, 2007**              /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE