JAMES M. MAKASIAN (SBN 71791)
JAMES M. MAKASIAN,
A PROFESSIONAL CORPORATION
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 442-4212
Facsimile: (559) 442-4127

STEVE P. SIMONIAN, Jr. (SBN 082858)
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 442-4212
Facsimile: (559) 442-4127

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERMINDER BHATIA,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, SECRETARY DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>      Defendants. | CV F-07-1248 OWW SMS<br><br>NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF, PERMINDER BHATIA, AND PROPOSED ORDER<br><br>Rule 41 (a)(1)<br><br>A 71494945 |

PLEASE TAKE NOTICE:

That PLAINTIFF, PERMINDER BHATIA, has cleared the background name check and the only step remaining in the adjudication of his naturalization application is the oath ceremony. Accordingly, Plaintiff, PERMINDER BHATIA, hereby requests that the case be dismissed pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure.

Under Rule 41(a)(1), a plaintiff has an absolute right to dismiss his action prior to service by the defendant of an answer or motion for summary judgment. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

1  No answers to plaintiff's complaint and no motions for summary judgment have been
2  filed in this case.  No such answers or summary judgment motion have been served.
3  Accordingly, Plaintiff, PERMINDER BHATIA, requests that this action be dismissed.

4

5                                                                  Respectfully Submitted,

6

7

8

9  Dated: December 26, 2007                    /s/ JAMES M. MAKASIAN
                                                JAMES M. MAKASIAN
10                                               STEVE P. SIMONIAN, Jr.
                                                Attorneys for Plaintiff
11

12

13                                              ORDER

14  Plaintiff's request to dismiss is GRANTED.  The Clerk of the Court is DIRECTED TO
15  close this action.

16

17

18  IT IS SO ORDERED.

19

20  Dated: ___January 15, 2008_____       __/s/ OLIVER W. WANGER_____
                                                UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28